UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JUSTIN LEFEVRE,
an individual,

        Plaintiff,

vs.

CSI FIRE EQUIPMENT, LLC,
a Florida limited liability company,
and RAY CRANSTON SHERLEY,
an individual,

        Defendants.
_____/

Case No.: 8:20-cv-01763-SDM-TGW

## NOTICE OF FILING

    Plaintiff, M.G.M ELECTRIC, INC., a Florida corporation by and through its undersigned attorneys, hereby gives notice of filing of the following document, with regard to the above stated matter:

1. Affidavit of Service of RAY CRANSTON SHERLEY

[SIGNATURE PAGE TO FOLLOW]

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the forgoing has been furnished via U.S. Mail this 18th day of August 2020 to: CSI Fire Equipment, LLC, 12201 66th St. N., Largo, Florida 33773 and Ray Cranston Sherley, 3218 Morris Avenue, Knoxville, TN 37909

JONES LAW GROUP

By: /s/ Heath C. Murphy
ROBERT S. JONES, II, ESQ
FBN: 725196
HEATH C. MURPHY, ESQ
FBN: 85164
5622 Central Avenue
St. Petersburg, Florida 33707
Phone No.: (727) 571-1333
Fax No.:   (727) 573-1321
Primary e-mail: distribution@JLGtampabay.com
*Attorneys for Plaintiff*

# AFFIDAVIT OF SERVICE

## U.S. DISTRICT COURT FOR THE CENTRAL DISTRICT OF FLORIDA
## TAMPA DIVISION

**CASE:** 8:20-cv-01763-SDM-TGW

**PLAINTIFF:** JUSTIN LEFEVRE

**DEFENDANT:** CSI FIRE EQUIPMENT, LLC, a Florida Limited Liability Company, and Ray Cranston Sherley, an individual

**FOR:** ROBERT S. JONES, ESQUIRE

**RECEIVED BY:** SMOKY MOUNTAIN PROCESS AND LEGAL SERVICES ON 5 AUGUST 2020 AT 1627 HOURS ELECTRONICALLY TO BE SERVED UPON RAY CRANSTON SHERLEY, 3218 MORRIS AVE., KNOXVILLE, TN 37909.

I, Christina L. Wilkinson, Badge #322, Sworn in the County of Knox, State of Tennessee do swear that on 08-06-2020 at 1905 hours, I did individually serve a true electronically transmitted copy of a Summons, Complaint, EXHIBIT A, and Civil Cover Sheet endorsed theron by me with the time and date of Service to Ray Cranston Sherley, 3218 Morris Avenue, Knoxville, Tennessee 37909, and informed said person of the contents therein

Military Status: the Defendant states he is not a member of the United States Armed Forces

Marital Status: the Defendant is Married .

Description of Person Served: 54 YR OLD, SEX: M, RACE: WHITE, HAIR SALT & PEPPER,
EYES: BLUE, GOATEE: SALT & PEPPER, HEIGHT : 5'8"-5'10",
WEIGHT: 220-240 lbs.

I swear that I am over the age of 18, not a party to this case, and am authorized to Serve Process in the State of Tennessee, and the above facts are true and correct to my knowledge.

Christina L. Wilkinson
Badge 322
Knox County General Sessions Court
Smoky Mountain Process and Legal Services
PO BOX 9181
KNOXVILLE, TENNESSEE 37940
865-347-7967

440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 8:20-CV-01763-SDM TGW

# PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Ray Cranston Sherley
was received by me on *(date)* 5 August 2020 @ 16 27 via Electronic Transmis

☒ I personally served the summons on the individual at *(place)* 3218 Morris Ave Knox a comercial structure on *(date)* 06 August 2020 or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____;

☐ Other *(specify):*

My fees are $ 0 for travel and $ 65 for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 08/08/20

Server's signature

CHRISTINA L. WILKINSON
BADGE #322 KNOX COUNTY
[illegible]
P. O. BOX 9181
KNOXVILLE, TN 37940
865-347-7967
GENERAL SESSION REGISTRATION

Server's address

Additional information regarding attempted service, etc:

See attached Affidavit