UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JUSTIN LEFEVRE, an individual,

    Plaintiff,

vs.                                    Civil Action No.: 8:20-cv-1763-T-23TGW

CSI FIRE EQUIPMENT, LLC,
a Florida limited liability company,
and RAY CRANSTON SHERLEY,
an individual,

    Defendants.
_____/

### PLAINTIFF, JUSTIN LEFEVRE'S MOTION FOR DEFAULT

    Plaintiff, JUSTIN LEFEVRE, an individual, by and through its undersigned attorneys, moves for entry of a Default by the Clerk against the Defendants, RAY CRANSTON SHERLEY, an individual, and CSI FIRE EQUIPMENT, LLC, a Florida limited liability company, for failure to serve any paper on the undersigned or file any papers as required by law

[Signature Page to Follow]

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via electronic submission this 1st day of September, 2020.

                                JONES LAW GROUP

                                By:_____
                                ROBERT S. JONES, II, ESQ.
                                FBN: 725196
                                HEATH C. MURPHY
                                FBN: 85164
                                5622 Central Avenue
                                St. Petersburg, Florida 33707
                                Phone No.: (727) 571-1333
                                Fax No.:   (727) 573-1321
                                Primary E-mail: distribution@JLGtampabay.com
                                *Attorneys for Plaintiff*