UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JUSTIN LEFEVRE,

    Plaintiff,

v.                                                              CASE NO. 8:20-cv-1763-T-23TGW

CSI FIRE EQUIPMENT, LLC, et al.,

    Defendants.
_____/

## ORDER

Although the plaintiff moves (Doc. 8) to strike the defendant's answer, the plaintiff fails to include a certification that complies with Local Rule 3.01(g). The plaintiff's motion (Doc. 8) to strike is **DENIED WITHOUT PREJUDICE**.

ORDERED in Tampa, Florida, on September 16, 2020.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE